# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MATTHEW MORTEL, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-828-JVS (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is **dismissed with prejudice.**

DATED: _10. 30.08_

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　United States District Judge